Mark B. Comstock (OSB #811930)
mcomstock@garrettlaw.com
GARRETT, HEMANN, ROBERTSON, JENNINGS,
COMSTOCK & TRETHEWY
Willamette Professional Center
1011 Commercial Street, N.E., Suite 210
P.O. Box 749
Salem, Oregon 97308-0749
Telephone: (503) 581-1501/Facsimile: (503) 581-5891

Abraham J. Colman (SB #146933)
acolman@buchalter.com
Scott H. Jacobs (SB# 81980)
sjacobs@buchalter.com
Van T. Lam (SB #223254)
vlam@buchalter.com
BUCHALTER, NEMER, FIELDS & YOUNGER
   A Professional Corporation
601 South Figueroa Street, Suite 2400
Los Angeles, California 90017-5704
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400

Attorneys for Defendants CROSS COUNTRY BANK,
erroneously sued as Cross Country Bank, Inc., and APPLIED
CARD SYSTEMS, INC.

FILED'05 JUN 10 14:47 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL WHIPPLE, BRUCE GAFFIELD<br><br>                          Plaintiffs,<br><br>v.<br><br>CROSS COUNTRY BANK, INC., APPLIED CARD SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC<br><br>                          Defendants. | No. CV 04-399-BR<br><br>Assigned to the Honorable Anna J. Brown<br><br>**STIPULATION GRANTING RELIEF REQUESTED IN MOTION FOR PARTIAL SUMMARY JUDGMENT BY DEFENDANTS CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. AS TO PLAINTIFF MICHAEL WHIPPLE AND [PROPOSED] ORDER THEREON** |

## STIPULATION GRANTING RELIEF REQUESTED IN MOTION FOR PARTIAL SUMMARY JUDGMENT BY DEFENDANTS CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. AS TO PLAINTIFF MICHAEL WHIPPLE

WHEREAS defendants Cross Country Bank ("Cross Country") and Applied Card Systems, Inc. ("ACS") filed a Motion for Partial Summary Judgment as to the claims of Michael Whipple ("Whipple") on May 31, 2005 pursuant to Rules 56(b), (c) and (d) of the Federal Rules of Civil Procedure on the issue of whether Cross Country and ACS may be liable for a purported violation of the federal Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq.* based on the Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001; and

WHEREAS, Cross Country and ACS and Whipple met and conferred about the subject matter of the Motion for Partial Summary Judgment before it was filed, pursuant to Local Rule 7.1; and

WHEREAS, Cross Country and ACS and Whipple continued their meet and confer efforts after the Motion was filed, which resulted in the agreement memorialized in this Stipulation.

NOW THEREFORE, it is stipulated by Cross Country and ACS and Whipple, by and through their respective counsel of record, as follows:

1. The Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001 shall not form the basis of any claim by Whipple for violation of the federal Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq.* in this matter;

2. This Stipulation is not intended to and shall not prejudice the right of Whipple to attempt to introduce evidence related to the Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001 for other purposes at trial; and

3. The Stipulation is not intended to and shall not prejudice the right of Cross Country and ACS to object to the introduction of evidence related to the Automated Consumer

BNFY 564122v1

Page 2

STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS INC WITH PREJUDICE AND [PROPOSED] ORDER THEREON

Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001 at trial.

IT IS SO STIPULATED.

DATED: June 6, 2005

OLSEN, OLSEN & DAINES

By: _____
Keith D. Karnes
Attorneys for Plaintiffs,
MICHAEL WHIPPLE and BRUCE
GAFFIELD

DATED: June 6, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Scott H. Jacobs
Attorneys for Defendants,
CROSS COUNTRY BANK, erroneously sued as Cross Country Bank, Inc. and APPLIED CARD SYSTEMS, INC.

# [~~PROPOSED~~] ORDER

Based upon the Stipulation of parties herein, and good cause appearing therefor, IT

**IT IS ORDERED** as follows:

1. The relief requested in the Motion For Partial Summary Judgment By Defendants Cross Country Bank And Applied Card Systems, Inc. As To Plaintiff Michael Whipple is granted, that relief being that the Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country Bank on October 24, 2001 may not form the basis for liability for any purported violation of the federal Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq.*;

2. This Order is not intended to and shall not prejudice the right of Michael Whipple to attempt to introduce evidence related to the Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001 for other purposes at trial; and

3. This Order is not intended to and shall not prejudice the right of Cross Country Bank and Applied Card Systems, Inc. to object to the introduction of evidence related to the Automated Consumer Dispute Verification Form transmitted by Trans Union, LLC to Cross Country on October 24, 2001 at trial.

Dated: 6/10/05

_____
The Honorable Anna J. Brown

BNFY 564122v1

Page 4

STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. WITH PREJUDICE AND [PROPOSED] ORDER THEREON