Mark B. Comstock (OSB #811930)
mcomstock@garrettlaw.com
GARRETT, HEMANN, ROBERTSON, JENNINGS, FILED'05 JUN 10 14:47USDC-ORP
COMSTOCK & TRETHEWY
Willamette Professional Center
1011 Commercial Street, N.E., Suite 210
P.O. Box 749
Salem, Oregon 97308-0749
Telephone: (503) 581-1501/Facsimile: (503) 581-5891

Abraham J. Colman (SB #146933)
acolman@buchalter.com
Scott H. Jacobs (SB# 81980)
sjacobs@buchalter.com
Van T. Lam (SB #223254)
vlam@buchalter.com
BUCHALTER, NEMER, FIELDS & YOUNGER
    A Professional Corporation
601 South Figueroa Street, Suite 2400
Los Angeles, California 90017-5704
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400

Attorneys for Defendants CROSS COUNTRY BANK,
erroneously sued as Cross Country Bank, Inc., and APPLIED
CARD SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL WHIPPLE, BRUCE GAFFIELD<br><br>                         Plaintiffs,<br><br>v.<br><br>CROSS COUNTRY BANK, INC., APPLIED CARD SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC<br><br>                         Defendants. | No. CV 04-399-BR<br><br>Assigned to the Honorable Anna J. Brown<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. WITH ~~PREJUDICE~~ PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |

BNFY 564116v1

Page 1

STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. WITH PREJUDICE AND [PROPOSED] ORDER THEREON

## STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), plaintiff Bruce Gaffield ("Gaffield") and defendants Cross Country Bank ("Cross Country") and Applied Card Systems, Inc. ("ACS"), by and through their respective counsel of record, hereby stipulate that the Complaint and all claims asserted therein by Gaffield against Cross Country and ACS shall be dismissed with prejudice.

DATED: June 6, 2005

OLSEN, OLSEN & DAINES

By: _____
Keith D. Karnes
Attorneys for Plaintiffs,
MICHAEL WHIPPLE and BRUCE GAFFIELD

DATED: June 6, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Scott H. Jacobs
Attorneys for Defendants,
CROSS COUNTRY BANK, erroneously sued as Cross Country Bank, Inc. and APPLIED CARD SYSTEMS, INC.

## [PROPOSED] ORDER

Based upon the Stipulation of the parties herein, and good cause appearing therefor, IT **IS HEREBY ORDERED** that the Complaint and all claims asserted therein by plaintiff Bruce Gaffield against defendants Cross Country Bank and Applied Card Systems, Inc. shall be and hereby are dismissed with prejudice.

Dated: 6/10/05

_____
The Honorable Anna J. Brown

BNFY 564116v1

Page 3

STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF BRUCE GAFFIELD AGAINST CROSS COUNTRY BANK AND APPLIED CARD SYSTEMS, INC. WITH PREJUDICE AND [PROPOSED] ORDER THEREON